March 16, 1965

Commonwealth ex rel. Kuchs, Appellant, *v.* Rundle.

Submitted March 1, 1965.

*Robert Max Kuchs,* appellant, in propria persona; *David M. Boyd,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.